FILED
2020 Dec-14 PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2020-903849.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**LEFRANTE WILLIAMS V. BIRMINGHAM CITY SCHOOLS**

**NOTICE TO:** BIRMINGHAM CITY SCHOOLS, 2015 PARK PLACE NORTH, BIRMINGHAM, AL 35203
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TERRELL E. MCCANTS ESQ.
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 121 Edenton Street, Birmingham, AL 35242
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LEFRANTE WILLIAMS pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

11/10/2020        /s/ JACQUELINE ANDERSON SMITH        By: _____
*(Date)*                  *(Signature of Clerk)*                        *(Name)*

☑ Certified Mail is hereby requested.    /s/ TERRELL E. MCCANTS ESQ.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*             *(Name of County)*

Alabama on _____.
*(Date)*

_____     _____     _____
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____
*(Server's Printed Name)*     *(Phone Number of Server)*

*Received NOV 2020 Legal Department* (stamp)

**EXHIBIT 1**

DOCUMENT 1

ELECTRONICALLY FILED
11/10/2020 5:28 PM
01-CV-2020-903849.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>01-<br>Date of Filing:<br>11/10/2020 | Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
LEFRANTE WILLIAMS v. BIRMINGHAM CITY SCHOOLS

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☐ Individual  ☑ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☑ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** MCC176
Date: 11/10/2020 5:28:26 PM
/s/ TERRELL E. MCCANTS ESQ.
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions: ☐ YES ☐ NO

DOCUMENT 2

ELECTRONICALLY FILED
11/10/2020 5:28 PM
01-CV-2020-903849.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA

LEFRANTE WILLIAMS }
Plaintiff. }
  }
  }
vs. } Case No.:
  }
BIRMINGHAM CITY SCHOOLS }
Defendants. }

COMPLAINT

I.     JURISDICTION

1. The jurisdiction of this court is invoked pursuant to Title VII of the Civil Rights Act of 1964, as amended. The jurisdiction of this court is invoked to secure protection for and to redress the deprivation of rights secured by 2000(e) providing relief against retaliation. Plaintiff has initiated her EEOC charge and received her "Notice of Right to Sue" letter pursuant to Title VII prior to the filing of this complaint.

II. PARTIES

2. Plaintiff, a current employee of Defendant Birmingham City Schools, seeks declaratory and injunctive relief, compensatory damages, back pay, and front pay from Defendants arising from Defendants' violation of rights guaranteed to

Plaintiff under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, et seq., amended by the Civil Rights Act of 1991. Plaintiff is an African American female citizen of the United States and of the State of Alabama. She is a resident of this Judicial District and Division. Plaintiff is an employee of the Defendants within the meaning of Title VII of the Civil Rights Act of 1964 and the 1991 amendments thereto.

3. Defendant Birmingham City Schools is an employer within the meaning of Title VII of the 1964 Civil Rights Act and the 1991 amendments thereto. Defendant is operating within this County, District, and Division.

III. Facts

4. On July 30, 2018, Williams was hired as a teacher at Wenonah High School, a school within the Birmingham City Schools system.

5. Williams previously worked at another school within the Birmingham City Schools system, Arrington Middle School and was transferred.

6. All of Williams's transfer documentation was submitted by September 7, 2018.

7. Another teacher, Terrica Barlow, transferring to Wenonah High School, submitted her transfer documentation at or around the same time as Williams.

8. Barlow was placed on the next Birmingham City Schools Board of Education agenda and was officially transferred to Wenonah High School.

9. Williams submitted her transfer documents to Wenonah High Assistant Principal, Misha Randall-Whatley.

10. Williams's transfer documents were never submitted by Randall-Whatley.

11. Williams then reported to work at Wenonah on or about August 12, 2018.

12. Williams began to experience hostility from Assistant Principals Sandra Jackson and Randall-Whatley.

13. This led Williams to speak to the Principal, Dr. Willie Goldsmith about her concerns.

14. It was during this meeting on October 24, 2018 that Dr. Goldsmith informed Williams that he did not know before he transferred her to Wenonah that she had on going sexual harassment litigation involving his fraternity brother.

15. Goldsmith also informed Williams that his fraternity brother had stopped speaking to him because of Williams's transfer.

16. Goldsmith also refused to sign Williams's time sheets each month.

17. He required Williams to report to Arrington Middle School each month to have her time sheet signed.

18. Williams filed all of the required transfer documents.

19. However, Goldsmith claimed that she had not.

20. Williams was able to prove that she had submitted the documents by playing a recording.

21. Williams submitted a grievance about her concerns with the treatment by the Assistant Principals.

22. Williams was then placed on administrative leave pending an investigation.

23. While Williams, members of the Wenonah High administration questioned students, without cause, about whether Williams had any sexual contact or inappropriate conversations with the students.

23. Williams did suffer a loss of prestige due to the unjustified suspension.

24. This caused embarrassment and humiliation among her colleagues and students alike.

25. Williams has also endured hostile and differential treatment from the administration at Wenonah High School.

## V. COUNT TWO: TITLE VII RETALIATION

81. Williams hereby repeats and realleges each and every allegation in paragraphs 1 through 25, inclusive, as if fully set forth herein.

82. Birmingham City Schools retaliated against Williams in violation of Title VII for opposing the discriminatory practices against her by subjecting her to acts of discrimination, harassment and humiliation.

83. As a direct and proximate result of Defendant's unlawful and retaliatory conduct in violation of Title VII, Plaintiff has suffered and continue to suffer severe mental anguish and emotional distress, including but not limited to depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, emotional pain and suffering, for which she is entitled to an award of monetary damages and other relief.

84. Defendant's unlawful and retaliatory conduct in violation of Title VII was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests the following relief:

1. Grant Plaintiff an order requiring Defendant to make Plaintiff whole by granting appropriate declaratory relief, lost wages, compensatory and punitive damages; and

2. Grant Plaintiff a permanent injunction enjoining Defendants, its agents, successors, employees, attorneys and those acting in concert therewith from continuing to violate the civil rights laws.

3. Plaintiff prays for attorney fees and such other and further, different or additional relief as justice may require.

/s/ Terrell E. McCants

_____

Terrell E. McCants (MCC176)

Burrell & McCants, LLC

712 32nd St. S.

Birmingham, Al 35233 (205) 202-5599

e-mail: terrell@burrellmccants.com



AlaFile E-Notice

01-CV-2020-903849.00

To: BIRMINGHAM CITY SCHOOLS
2015 PARK PLACE NORTH
BIRMINGHAM, AL, 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LEFRANTE WILLIAMS V. BIRMINGHAM CITY SCHOOLS
01-CV-2020-903849.00

The following complaint was FILED on 11/10/2020 5:31:55 PM

Notice Date:   11/10/2020 5:31:55 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
LEFRANTE WILLIAMS V. BIRMINGHAM CITY SCHOOLS

01-CV-2020-903849.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.20

Parties to be served by Certified Mail - Return Receipt Requested

BIRMINGHAM CITY SCHOOLS                                   Postage: $7.20
2015 PARK PLACE NORTH
BIRMINGHAM, AL 35203

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BIRMINGHAM CITY SCHOOLS

2015 PARK PLACE NORTH

BIRMINGHAM, AL 35203



9590 9402 5899 0049 6105 04

2. Article Number *(Transfer from service label)*

7020 0640 0001 1588 6679

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _CBA_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

_CBA_  11/16/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

S/C

CV-20-903849

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

