# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEFRANTE WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO: 2:20-CV-02006-ACA** |
| ) | |
| **BIRMINGHAM CITY SCHOOLS,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL
_____

This cause having been resolved and settled as to all matters and claims giving rise thereto, the parties hereby stipulate to dismissal of the above-captioned civil action with prejudice. Costs are to be taxed as paid.

Respectfully submitted this 8th day of March, 2023.

Burrell & McCants, LLC
712 32nd Street South
Birmingham, AL 35233          *s/ Terrell E. McCants*
terrell@burrellmccants.com    Terrell E. McCants (filed with permission)

                              *Attorney for Plaintiff*

BIRMINGHAM BOARD OF EDUCATION
2015 Park Place
Birmingham, Alabama 35203
Phone: (205)231-4797          *s/Afrika C. Parchman*
aparchman@bhm.k12.al.us       Afrika C. Parchman
                              General Counsel
                              Birmingham Board of Education

BISHOP COLVIN, LLC
1910 First Avenue North
Birmingham, Alabama   35203
Phone : (205) 251-2881
Fax    : (205) 254-3987
carljohnson@bishopcolvin.com
clairepuckett@bishopcolvin.com

*s/Carl Johnson*
Carl Johnson
*s/Claire Hyndman Puckett*
Claire Hyndman Puckett

*Attorneys for Defendant*
*Birmingham City Schools/Birmingham*
*Board of Education*

2